MOSS v. DUNAVANT.

EVANS, P. J.  Under the evidence a verdict for the defendant was demanded, and a direction of such verdict was proper.

Judgment affirmed.  All the Justices concur.

Argued February 3,—Decided April 17,—Rehearing denied May 12, 1909.

Attachment.  Before Judge Wright.  Cobb superior court. November 19, 1907.

H. B. Moss and J. E. Mozley, for plaintiff.  Dorsey, Brewster, Howell & Heyman and F. E. Callaway, for defendant.